ISAAC C. BELFER (D.C. Bar No. 1014909)
OLIVER MCDONALD (N.Y. Bar No. 5416789)
Trial Attorneys
SARAH WILLIAMS (D.C. Bar No. 1006622)
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
PO Box 386
Washington, DC  20044-0386
Telephone: 202-305-7134 (Belfer)
Telephone: 202-305-0168 (McDonald)
Telephone: 202-616-4269 (Williams)
Fax: 202-514-8742
Isaac.C.Belfer@usdoj.gov
Oliver.J.McDonald@usdoj.gov
Sarah.Williams@usdoj.gov

*Counsel for Defendants U.S. Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. Food and Drug Administration; Robert Califf, in his official capacity as Commissioner of Food and Drugs; Center for Tobacco Products; and Brian King, in his official capacity as Director of the Center for Tobacco Products*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 4:24-cv-1992-HSG <br><br> **STIPULATION FOR ONE-WEEK EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT AND FOR THE PARTIES TO FILE ADR CERTIFICATIONS; ORDER** <br><br> **(Administrative Procedure Act Case)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(a), the parties in the above-captioned matter have stipulated to a one-week extension, from June 11, 2024, to June 18, 2024, for Defendants' deadline to respond to Plaintiffs' amended complaint.

And, pursuant to Civil Local Rule 6-1(b), the parties respectfully request a one-week extension to file their respective ADR Certifications, from June 11, 2024, to June 18, 2024. *See* Dkt. No. 6. The reasons for the stipulated and requested extensions are set forth in the accompanying Declaration of Isaac C. Belfer.

Dated: June 11, 2024

*/s/ Christopher K. Leung*
Christopher K. Leung (SBN 210325)
Leung Law PLLC
1 Dock 72 Way, 7th Fl.
Brooklyn, NY 11205
Tel.: (212) 498-8991
Email: chris@impact-lit.com

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director

LISA K. HSIAO
Senior Deputy Director, Civil Litigation

HILARY K. PERKINS
Assistant Director

*/s/ Isaac C. Belfer*
ISAAC C. BELFER (D.C. Bar No. 1014909)
OLIVER MCDONALD (N.Y. Bar No. 5416789)
Trial Attorneys
SARAH WILLIAMS (D.C. Bar No. 1006622)
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, D.C. 20044-0386
Telephone: 202-305-7134 (Belfer)
Telephone: 202-305-0168 (McDonald)
Telephone: 202-616-4269 (Williams)
Fax: 202-514-8742
Isaac.C.Belfer@usdoj.gov
Oliver.J.McDonald@usdoj.gov
Sarah.Williams@usdoj.gov

*Counsel for Defendants*

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   Dated: 6/12/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION FOR ONE-WEEK EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS'
AMENDED COMPLAINT AND FOR THE PARTIES TO FILE ADR CERTIFICATIONS
CASE NO. 4:24-CV-1992-HSG

2