ISAAC C. BELFER (D.C. Bar No. 1014909)
OLIVER MCDONALD (N.Y. Bar No. 5416789)
Trial Attorneys
SARAH WILLIAMS (D.C. Bar No. 1006622)
Senior Trial Attorney
Consumer Protection Branch
Civil Division
U.S. Department of Justice
PO Box 386
Washington, DC  20044-0386
Telephone: 202-305-7134 (Belfer)
Telephone: 202-305-0168 (McDonald)
Telephone: 202-616-4269 (Williams)
Fax: 202-514-8742
Isaac.C.Belfer@usdoj.gov
Oliver.J.McDonald@usdoj.gov
Sarah.Williams@usdoj.gov

*Counsel for Defendants U.S. Department of Health and Human Services; Xavier Becerra, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. Food and Drug Administration; Robert Califf, in his official capacity as Commissioner of Food and Drugs; Center for Tobacco Products; and Brian King, in his official capacity as Director of the Center for Tobacco Products*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No. 4:24-cv-1992-HSG <br><br><br><br> **STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS; ORDER** <br><br> **(Administrative Procedure Act Case)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(b), the parties in the above-captioned matter respectfully request that the Court set the following stipulated briefing schedule for Defendants' motion to dismiss the amended complaint:

|  |  |
|---|---|
| June 27, 2024 | Defendants' motion to dismiss due. |
| August 2, 2024 | Plaintiffs' opposition due. |
| August 20, 2024 | Defendants' reply due. |

The reasons for this request are set forth in the accompanying Declaration of Isaac C. Belfer.

Dated:  June 18, 2024                                    Respectfully submitted,

/s/ Christopher K. Leung                                BRIAN M. BOYNTON
Christopher K. Leung (SBN 210325)            Principal Deputy Assistant Attorney General
Leung Law PLLC
1 Dock 72 Way, 7th Fl.                                   ARUN G. RAO
Brooklyn, NY 11205                                        Deputy Assistant Attorney General
Tel.: (212) 498-8991
Email: chris@impact-lit.com                          AMANDA N. LISKAMM
                                                                        Director
*Counsel for Plaintiffs*

                                                                        LISA K. HSIAO
                                                                        Senior Deputy Director, Civil Litigation

                                                                        HILARY K. PERKINS
                                                                        Assistant Director

                                                                        /s/ Isaac C. Belfer
                                                                        ISAAC C. BELFER (D.C. Bar No. 1014909)
                                                                        OLIVER MCDONALD (N.Y. Bar No. 5416789)
                                                                        Trial Attorneys
                                                                        SARAH WILLIAMS (D.C. Bar No. 1006622)
                                                                        Senior Trial Attorney
                                                                        Consumer Protection Branch
                                                                        Civil Division
                                                                        U.S. Department of Justice
                                                                        P.O. Box 386
                                                                        Washington, D.C. 20044-0386
                                                                        Telephone:  202-305-7134 (Belfer)
                                                                        Telephone:  202-305-0168 (McDonald)
                                                                        Telephone:  202-616-4269 (Williams)
                                                                        Fax: 202-514-8742
                                                                        Isaac.C.Belfer@usdoj.gov

STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS
CASE NO. 4:24-CV-1992-HSG

Oliver.J.McDonald@usdoj.gov
Sarah.Williams@usdoj.gov

*Counsel for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/20/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge