UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, NATIONAL MEDICAL ASSOCIATION, and AMERICAN MEDICAL ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; ROBERT CALIFF, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; and BRIAN KING in his official capacity as the Center for Tobacco Products, Director,<br><br>Defendants. | Case No. 4:24-cv-1992-HSG<br><br>**[PROPOSED] ORDER GRANTING MOTION OF R.J. REYNOLDS TOBACCO COMPANY FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     September 12, 2024<br>Time:    2:00 p.m.<br>Judge:   The Hon. Haywood S. Gilliam, Jr.<br>Place:    Oakland, Courtroom 2, 4th Floor |

On July 8, 2024, nonparty R.J. Reynolds Tobacco Company filed a motion for leave to file a brief as amicus curiae ("Motion") in support of defendants' motion to dismiss.  The Court has considered the points contained therein and now finds that the matter is appropriate for resolution.

For good cause shown, the Motion is **GRANTED** and the proposed amicus brief submitted with the Motion is hereby added to the docket and official record of this matter.  The points and authorities considered therein will be taken under advisement by the Court and considered as the Court deems appropriate in the ultimate disposition of this case.

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Court
Judge Haywood S. Gilliam, Jr.