UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, et al.,

       Plaintiff(s),

   v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

       Defendant(s).

Case No. 4:24-cv-01992-HSG

REVISED **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** (CIVIL LOCAL RULE 11-3)

I, Ryan Jeffrey Watson , an active member in good standing of the bar of the District of Columbia , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: R.J. Reynolds Tobacco Company in the above-entitled action. My local co-counsel in this case is Edward Patrick Swan Jr. , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 89429 .

| 51 Louisiana Avenue NW, Washington D.C. 20001-2113 | 4655 Executive Drive, Suite 1500, San Diego CA 92121 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 879-3939 | (858) 314-1200 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rwatson@jonesday.com | pswan@jonesday.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 986906 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2024                             Ryan Jeffrey Watson

                                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Ryan Jeffrey Watson        is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:         7/11/2024

_____

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# Ryan Jeffrey Watson

*was duly qualified and admitted on April 6, 2009 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on July 02, 2024.**

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*