UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, NATIONAL MEDICAL ASSOCIATION, and AMERICAN MEDICAL ASSOCIATION,<br><br>    Plaintiffs,<br><br>    vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; ROBERT CALIFF, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; and BRIAN KING in his official capacity as the Center for Tobacco Products, Director,<br><br>    Defendants. | Case No.: 4:24-cv-1992-HSG<br><br>**ORDER GRANTING STIPULATION TO SET AND MODIFY DEADLINES** |

1

1    Upon the consideration of parties' Stipulation to Set and Modify Deadlines, the
2    Declaration of Christopher Leung in support of the parties' Stipulation to Set and Modify
3    Deadlines, and the filings in this case, IT IS HEREBY ORDERED—
4    The following filing deadlines shall apply to each identified event below:

| Event | Deadline |
|---|---|
| Plaintiffs' Second Amended Complaint: | September 16, 2024 |
| Defendants' Responsive Pleading or Rule 12 Motion: | October 18, 2024 |
| Plaintiffs' Opposition to Defendants' Rule 12 Motion: | November 22, 2024 |
| Defendants' Reply in Support of Rule 12 Motion: | December 20, 2024 |

Brief of an Amicus Curiae:   Any amicus curiae shall file its brief, accompanied by a Civil Local Rule 7-11 motion, no later than seven days after the principal brief of the party being supported is filed. Such motion shall concisely state the nature of the movant's interest; identify the party or parties supported, if any; and set forth the reasons why the proposed amicus brief would be helpful to the Court. The motion shall further state the position of each party as to the filing of such amicus curiae brief, and be accompanied by a proposed order. Amicus participation is left to the sound discretion of this Court. Absent the Court's permission, an amicus brief is limited to 15 pages.

Dated:   7/22/2024

*/s/ Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge