UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, NATIONAL MEDICAL ASSOCIATION, AMERICAN MEDICAL ASSOCIATION, LISA MITCHELL, DARYL THOMAS, LILA JUNE, LASHELLE ULLIE, and BEN SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; ROBERT CALIFF, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; and BRIAN KING, in his official capacity as the Center for Tobacco Products, Director,<br><br>Defendants. | Case No. 4:24-cv-1992-HSG<br><br>**ORDER GRANTING MOTION OF R.J. REYNOLDS TOBACCO COMPANY FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br>**(as modified)** |

1    On October 25, 2024, nonparty R.J. Reynolds Tobacco Company filed a motion for leave to file a brief as amicus curiae ("Motion") in support of defendants' motion to dismiss the second amended complaint. The Court has considered the points contained therein and now finds that the matter is appropriate for resolution.

For good cause shown, the Motion is **GRANTED** and counsel is directed to e-file the proposed amicus brief submitted with the Motion on the docket forthwith. The points and authorities considered therein will be taken under advisement by the Court and considered as the Court deems appropriate in the ultimate disposition of this case.

**IT IS SO ORDERED.**

Dated: 11/1/2024

United States District Court
Judge Haywood S. Gilliam, Jr.