# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, NATIONAL MEDICAL ASSOCIATION, and AMERICAN MEDICAL ASSOCIATION,<br><br>         Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; ROBERT CALIFF, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; and BRIAN KING in his official capacity as the Center for Tobacco Products, Director,<br><br>         Defendants. | Case No. 4:24-CV-1992-HSG<br><br>**ORDER GRANTING PHILIP MORRIS USA INC.'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF (as modified)**<br><br>Date:       January 16, 2025<br>Time:      2:00 P.M.<br>Judge:     Haywood S. Gilliam, Jr. |

1  **ORDER**

2  Before the Court is non-party Philip Morris USA Inc.'s ("PM USA") Motion for Leave to

3  File as Amicus Curiae ("Motion").  After full consideration of the Motion, as well as all supporting

4  papers and all documents currently on file with the Court, the Court hereby GRANTS the Motion.

5  IT IS FURTHER ORDERED that counsel is directed to e-file PM USA's amicus curiae

6  brief attached as Exhibit A to the Motion on the docket forthwith.

7  **SO ORDERED.**

9  Dated:  11/1/2024                    _____

10                                       The Honorable Haywood S. Gilliam, Jr.