**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, NATIONAL MEDICAL ASSOCIATION, AMERICAN MEDICAL ASSOCIATION, LISA MITCHELL, DARYL THOMAS, LILA JUNE, LASHELLE ULLIE, and BEN SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; ROBERT CALIFF, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; and BRIAN KING in his official capacity as the Center for Tobacco Products, Director,<br><br>Defendants. | Case No. 4:24-cv-1992-HSG<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE PUBLIC HEALTH LAW CENTER, ASIAN PACIFIC PARTNERS FOR EMPOWERMENT, ADVOCACY, AND LEADERSHIP, ASSOCIATION OF STATE AND TERRITORIAL HEALTH OFFICIALS, CENTER FOR BLACK HEALTH & EQUITY, CHANGELAB SOLUTIONS, LEGAL RESOURCE CENTER FOR PUBLIC HEALTH POLICY, MASSACHUSETTS ASSOCIATION OF HEALTH BOARDS, NATIONAL LGBTQI+ CANCER NETWORK, AND PUBLIC HEALTH ADVOCACY INSTITUTE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (as modified)**<br><br>(Administrative Procedure Act Case)<br><br>**DATE:** January 16, 2025<br>**TIME:** 2:00 p.m.<br>**Judge:** Hon. Haywood S. Gilliam, Jr.<br>**Place:** Courtroom 2, 4th Floor, Oakland |

1   On November 26, 2024, nonparties Public Health Law Center, Asian Pacific Partners for
2  Empowerment, Advocacy and Leadership, Association of State and Territorial Health Officials,
3  Center for Black Health & Equity, ChangeLab Solutions, Legal Resource Center for Public Health
4  Policy, Massachusetts Association of Health Boards, National LGBTQI+ Cancer Network, and
5  Public Health Advocacy Institute filed a motion for leave to file a brief as amici curiae in support of
6  Plaintiffs' opposition to Defendants' Motion to Dismiss. The Court has considered the points
7  contained therein and now finds the matter is appropriate for resolution.

8   For good cause shown, the motion for leave is **GRANTED** and counsel is directed to e-file
9  on the docket the proposed amicus brief submitted with the motion. The arguments considered
10 therein will be taken under advisement by the Court and considered as it deems appropriate in the
11 ultimate disposition of this matter.

13  **IT IS SO ORDERED.**

16  DATED: 11/27/2024

United States District Court
Judge Haywood S. Gilliam, Jr.