1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, AND NATIONAL MEDICAL ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of Food and Drugs; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Director of the Center for Tobacco Products,<br><br>Defendants. | No. 4:24-cv-01992-HSG<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* MEDICAL AND PUBLIC HEALTH GROUPS**<br><br>Date:   January 16, 2025<br>Time:   2:00 p.m.<br>Judge:  The Hon. Haywood S. Gilliam, Jr.<br>Place:  Oakland, Courtroom 2, 4th Floor |

**ORDER**

Upon consideration of the Motion for Leave to File Brief of *Amici Curiae* Medical and Public Health Groups in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, and the entire record herein, it is hereby:

ORDERED that the Motion is Granted; and it is

FURTHER ORDERED that the Brief of *Amici Curiae* Medical and Public Health Groups in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss be e-filed on the docket by counsel.

**SO ORDERED.**

Dated: 12/2/2024

*Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.