UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, NATIONAL MEDICAL ASSOCIATION, AMERICAN MEDICAL ASSOCIATION, LISA MITCHELL, DARYL THOMAS, LILA JUNE, LASHELLE ULLIE, and BEN SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; ROBERT CALIFF, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; and BRIAN KING, in his official capacity as the Center for Tobacco Products, Director,<br><br>Defendants. | Case No. 4:24-cv-1992-HSG<br><br>**ORDER DENYING MOTION OF AMICUS CURIAE R.J. REYNOLDS TOBACCO COMPANY FOR LEAVE TO PARTICIPATE IN UPCOMING HEARING** |

Upon consideration of the motion of amicus curiae R.J. Reynolds Tobacco Company for leave to present argument during the motion to dismiss hearing scheduled for January 16, 2025, in the above-captioned matter, it is hereby **ORDERED** that the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated:  12/10/2024

