# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, NATIONAL MEDICAL ASSOCIATION, and AMERICAN MEDICAL ASSOCIATION,<br><br>        Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; ROBERT CALIFF, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; and BRIAN KING in his official capacity as the Center for Tobacco Products, Director,<br><br>        Defendants. | Case No. 4:24-CV-1992-HSG<br><br>**ORDER DENYING PHILIP MORRIS USA INC.'S MOTION FOR LEAVE TO PARTICIPATE IN UPCOMING HEARING**<br><br>Date:     January 16, 2025<br>Time:    2:00 P.M.<br>Judge:   Haywood S. Gilliam, Jr. |

**ORDER**

Before the Court is amicus curiae Philip Morris USA Inc.'s ("PM USA") Motion for Leave to Participate in Upcoming Hearing ("Motion"). After full consideration of the Motion, as well as all supporting papers and all documents currently on file with the Court, the Court hereby DENIES the Motion.

**SO ORDERED.**

Dated:   12/11/2024

The H_____ 

-1-