SCOTT P. KENNEDY
OLIVER MCDONALD
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
PO Box 386
Washington, DC 20044-0386
Telephone: 202-305-1837 (Kennedy)
Telephone: 202-305-0168 (McDonald)
Fax: 202-514-8742
Scott.P.Kennedy@usdoj.gov
Oliver.J.McDonald@usdoj.gov
*Counsel for Defendants*

CHRISTOPHER K. LEUNG (SBN 210325)
Leung Law PLLC
1 Dock 72 Way, 7th Fl., Brooklyn, NY 11205
Tel.: (212) 337-5361
Email: chris@impact-lit.com
*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 4:24-cv-1992-HSG<br><br><br>**ORDER**<br><br>**(Administrative Procedure Act Case)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

ORDER
CASE NO. 4:24-CV-1992-HSG

Having considered the parties' February 18, 2025 Joint Submission, the Court ORDERS that this case shall proceed as follows:

- This case is STAYED until August 18, 2025, on which date the stay will be lifted.
- Plaintiffs may file a Third Amended Complaint on or before September 18, 2025.
- Defendants may file a motion to dismiss the Third Amended Complaint by October 29, 2025.
- 14 days after the Court's resolution of any such motion to dismiss—or if no motion is filed, 14 days after the deadline to file such a motion has elapsed—the parties shall file a joint submission containing their joint or separate proposals about a schedule for further proceedings.
- In light of the above, Defendants' pending motion to dismiss (ECF No. 56) is TERMINATED AS MOOT, though Defendants may renew that motion if Plaintiffs do not file a Third Amended Complaint by September 18, 2025.

Dated: 2/19/2025

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE