1  Christopher K. Leung (SBN 210325)
2  Leung Law PLLC
   1 Dock 72 Way, 7th Fl., Brooklyn, NY 11205
3  Tel.: (212) 337-5361
4  Email: chris@impact-lit.com

5  *Counsel for Plaintiffs African American Tobacco Control*
   *Leadership Council, Action on Smoking and Health,*
6  *National Medical Association, American Medical*
7  *Association, Lisa Mitchell, Daryl Thomas, Lila June,*
   *Lashelle Ullie, and Ben Smith*

8              UNITED STATES DISTRICT COURT FOR THE
9                 NORTHERN DISTRICT OF CALIFORNIA
10                       OAKLAND DIVISION

11

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, NATIONAL MEDICAL ASSOCIATION, AMERICAN MEDICAL ASSOCIATION, LISA MITCHELL, DARYL THOMAS, LILA JUNE, LASHELLE ULLIE, and BEN SMITH,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; MARTIN A. MAKARY, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; and BRET KOPLOW in his official capacity as the Center for Tobacco Products, Director,<br><br>  Defendants. | Case No. 4:24-cv-1992-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND DEADLINES**<br><br>**(Administrative Procedure Act Case)** |

The parties have stipulated to the following changes to the Court's February 19, 2025 Order (ECF No. 86):

- Plaintiffs may file a Third Amended Complaint on or before November 3, 2025.
- Defendants may file a motion to dismiss the Third Amended Complaint on or before December 15, 2025.
- If Plaintiffs do not file a Third Amended Complaint by November 3, 2025, the Defendants may refile their previously withdrawn motion to dismiss (ECF No. 56).

All other deadlines in the February 19, 2025 Order shall remain unchanged.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/16/2025

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE